# United States District Court
## Eastern

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 06 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

~~Grant County Sheriffs office US~~
~~Department of Juvenile Justice~~
Malcom, Conrad, Engle, SR

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

GRant county sheriffs office
US. Department of Juvinile
Justice, Department of children
And family services Spokane county sheriffs office + Srysen + Rachelle Petersen

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)

Case No. 2:15-CV-0245-JPH
(To be filled out by Clerk's Office only)

**AMENDED COMPLAINT**

(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Name (Last, First, MI): Malcom, Conrad, Engle, SR

Aliases: None

Prisoner ID #: inmate ID #38227

Place of Detention: Grant County Jail

Institutional Address: 35 C Street

County, City: Ephrata    State: WA    Zip Code: 98823

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **GRant connty sheriffs office**
Name (Last, First)

**Comunity public safty**
Current Job Title

**35 C street**
Current Work Address

**Ephrata**     **wa**     **98823**
County, City     State     Zip Code

Defendant 2: **Spokane county sheriffs office**
Name (Last, First)

**community public safty**
Current Job Title

**1100 W mallon street spokane**
Current Work Address

**Spokane**     **wa**     **99201**
County, City     State     Zip Code

**Defendant(s) Continued**

Defendant 3: Department of children + family Services
Name (Last, First)

Communist party of Socializim
Current Job Title

16 24 1/2 South pioneer way / 10000 Atlantic Ave
Current Work Address

Grant county, spokane/westside     wa     98837/99201
County, City                        State   Zip Code


Defendant 4: Peterson Brysen + Rachelle
Name (Last, First)

Odessa police
Current Job Title

City of oddessa
Current Work Address

Linchola county, wa     99159
County, City     State   Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Washington state

Date(s) of occurrence: from 1/21/1990 to present

State which of your federal constitutional or federal statutory rights have been violated:

U.S. patriot act section 26 (2)(B)(ii) forign Royal sovereignty family + Diplomatic imunity Laws

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

King william Henry philBius 8TH married Isabella Starr as His third wife who is my fifth great grand mother who mothered Ida phillBius sister to Queen ElizaBeth 1st who was mother to phillip philBius who is HudsBand to ElizaBeth II mother to Diana philBius married to charles wellington father to Henry wellington + George wellington who's great aunt Ida phiBius married peter Barrett who fathered Daneil weBster Barrett who fathered silas weBster Barrett who fathered my grand father paul Ray Barrett SR who fathered Connie say Barrett who mothered malcom, conrad, Engle, SR who fathered ▓▓▓▓▓▓▓▓▓▓▓ on ▓▓▓▓

5  10

this country's attack on the Royal family of England is a act of war I will stay in contact with my 9th cousin Henry charles wellington the current King of England with up dates in technology of a Nucular Nature that I will not DISSCUSS with this court I'm sueing this state's government agencys legally Not to try and get Released cause that will Happen soon enought I've Expunged my Juvinile Records clean off of my united states washington SID #WA17689083 and as the owner of U-SAFE Nuculer waste Managment + Hazardous Chemical Disposal Company, LLCC my why of Disposing of it is using carbon fiber technology of my company SGL pressurizing cole to 63,000 pounds of pressure while saturated with liquid Nucular waste then pushing it out a pressure Nozzel tip fitting and electrifying to ignite zion Gas Burn that will Need to Bee extinguished with liquid Nitrogen to -374° feiranheight then alowed to dethaw to Be polymire-volcanic ash-Epoxy composited to a wire thatch Grid Electric Diode Hooked up to a Electricity

GRid while submerged under liquid nitrogen then microwaved for microwave tranformer Nuclear cold fission technology my family is my family and this country's act of war in stealing my children as I'm Englands + the world's Highest Ranked Nuclear physicist Engineer these case laws allow cause to proceed against this states government agencys All stott v EDwards 114 wn App 615, 632, 60 p.3d 601 (2002) additional CR 54(c) Jenen vs torr 44 wn App 207, 714, 721 p.2D 992 (1986)
Citing 22 Am-Jur 2d Damages § (1965) 25 CJS Damages § 2 (1966) Restatment of torts
State ex rel marci v city of Bremerton 8 wn. 2d 93, 112 as a civil Rights violation these laws are valid + applicable for law suite w/ aledged felony Harrassment (Domestic violence) charge cause # 15-1-00470-3 that I'm facing Right Now aint Nothing Your courts will Deal with Right now Judge James p Hutton cause while I'm locked up I'm indigent whether my companys continue while I'm locked up is besides the point I will not pay this country to prossecute the incent Holding them till the plea guilty Just like Hitlers 3rd Richt Did in 1942

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes  ☐ No
If no, explain why not:

Is the grievance process completed?  ☒ Yes  ☐ No
If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

make payable 5 Billion Dollars + Imediatly Return my children or I promise this country a war It will never win my Diplomatic Imunity is clear Imunity from prosecution FBI# 567829 J00 learn your place or Nuclear war will be iminent uranium 235 + plutonium 425

8   10

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☒ Yes   ☐ No

If yes, how many?  **three**

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

One in 2009  Dissmissed failure to inform address
One in 2000  Same
One in 2019  No Response

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

11/9/2015
Dated

Engle
Plaintiff's Signature

Printed Name (Last, First, MI)

Grant county jail    Never been to adult prission
Prison Identification # 36327

35 C street    Ephrata    wa    98823
Prison Address    City    State    Zip Code