Dear Magistrate Judge James P. Hutton
my Name is malcom, conrad, Engle, SR your
County's Benton County Needs to watch
Its Legal ass, or I'll Have American-
Airlines, Jet Blue, Delta airlines, Harley Davidson, Google,
Yahoo, Austria, Britan, Russia & poland So far
up it's ass trying to threaten me to Dissmiss
my Legal fedral Case using (2014) U.S. Senate
Bill (1607) as the grounds for me Bringing
this civil Rights Violation class action
law suite against washington state's
Department of children & family Services
as is my Right as they stole Royal
family children as my wife ReBecca IRene
~~Engle~~ Corman/Engle was my third cousin witch is
Legal in washington state from the
same Royal Bloodline she Had lioness Desease
You Better Get off your High Horse or
I'll talk (write) to my 9th cousin 3 times Remaried
King Henry charles wellington to institute war
with america Imediatly & you will

Watched the Establishments Rise again
with me as your Boss this Just cause
your prejudice about my Juvinile Charge
cause #95.8.00435.9 Being expunged
and think I cant Have my lawsuites
free of charge pushed through this states
Court's How about Direct Run through
U.S. Supreme court | U.S. VS Engle
                    | 7/24/2015
1 First St NE        | Harold, P. Hotchkissis
Washington DC, 20543

Shut your mouth and Dont ever
try to tell me my law suite can't
Be pushed through this Court system
that's broken or I'll Have you sent
to Guantonamo Bay for some Drip to thin
Legal education old man C.I.A. fool
Adobe python 9.5.61 program crypto-analytics
            OR
Sincerly malcum conrad Engle, SR   this aint about
I'm a leo Hear me Roar  Prission Reform act



DR. Malcom Conrad, Engle, SR
P.O. Box 37
Ephrata Wn, 98823

D.O.C. Po Box 50
Richland Wa, 99352

This letter mailed by an inmate at the Grant County Jail

U.S. Federal District Court
Eastern District of Washington
Magistrate Judge James P. Mallen
825 Jadwin Avenue Suite 174
Richland, washington, 99352

RECEIVED
NOV 09 2015
CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

LEGAL
Mail

US POSTAGE
$00.48⁵
FIRST CLASS
Mailed From 98823
11/05/2015
031A0005181296