**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MALCOM CONRAD ENGLE, SR., <br><br> Plaintiff, <br><br> v. <br><br> GRANT COUNTY SHERIFF'S OFFICE, U.S. DEPARTMENT OF JUVENILE JUSTICE, WASHINGTON STATE DEPARTMENT OF CHILDREN AND FAMILY SERVICE, SPOKANE COUNTY SHERIFF'S OFFICE and BRYCEN AND RACHELLE PETERSON, <br><br> Defendants. | NO:  2:15-CV-245-RMP <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FIRST AMENDED COMPLAINT |

BEFORE THE COURT is Magistrate Judge Hutton's Report and Recommendation to dismiss Plaintiff's First Amended Complaint without prejudice.  ECF No. 12.  Documents mailed to Plaintiff at the Grant County Jail were returned as undeliverable on January 13, 2016, with the notation that Plaintiff

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING
 FIRST AMENDED COMPLAINT -- 1

is no longer in custody. ECF No. 13. Plaintiff has not kept the Court apprised of his current address and has not filed anything further in this action.

In his First Amended Complaint, Plaintiff challenged events which allegedly began in 1990. He claimed that his rights under the U.S. Patriot Act Section 26(2)(B)(ii) were violated due to royal sovereignty and diplomatic immunity. The USA PATRIOT Act encompasses various statutory provisions and Plaintiff's reference to "Section 26(2)(B)(ii)," without more, provides no statutory basis for relief. Plaintiff threatened "war" on this country if his children were not returned to him and claimed that his children were "stolen."

Matters involving family law/domestic relations are best deferred to the state. The State has a strong interest in domestic relations; state courts have relevant expertise in this area and the ability to provide ongoing supervision; and it is undesirable to have potentially incompatible federal and state decrees in this area. *See e.g., Ingram v. Hayes*, 866 F.2d 368, 369-70 (11th Cir. 1988) (per curiam); *DiRuggiero v. Rodgers*, 743 F.2d 1009, 1019-20 (3d Cir. 1984); 13B Wright & Miller, Federal Practice and Procedure § 3609, at 461 (1984).

There being no objections, **IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY** and the First Amended Complaint is **DISMISSED WITHOUT PREJUDICE** to Plaintiff seeking

appropriate remedies regarding child custody matters in the Washington State Courts.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 26th day of January 2016.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FIRST AMENDED COMPLAINT -- 3