# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MALCOM CONRAD ENGLE, SR.,

*Plaintiff*

v.

GRANT COUNTY SHERIFF'S OFFICE, U.S. DEPARTMENT OF JUVENILLE JUSTICE, WASHINGTON STATE DEPARTMENT OF CHILDREN AND FAMILY SERVICE, ET AL.

*Defendant*

Civil Action No. 2:15-CV-245-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The First Amended Complaint is DISMISSED WITHOUT PREJUDICE to Plaintiff seeking appropriate remedies regarding child custody matters in the Washington State Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: January 26, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer